```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA,

                            Plaintiffs,

        -against-                                         21 Civ. 9388 (AT)

ALL-WAYS FORWARDING INT'L INC., APL                       ORDER
LOGISTICS LTD, KUEHNE + NAGEL INC. d/b/a
BLUE ANCHOR AMERICA LINE, CHINA INT'L
FREIGHT CO., LTD., DANMAR LINES LTD.
a/k/a DANMAR LINES AG, FEDEX
INTERNATIONAL FREIGHT FORWARDING
AGENCY SERVICES (SHANGHAI) COMPANY
LIMITED, LAUFER GROUP INTERNATIONAL
LTD., MASTER INTERNATIONAL LOGISTICS
(CHINA) CO., LTD., ORIENT EXPRESS
CONTAINER CO., LTD., YANG MING MARINE
TRANSPORT CORP., SHENZHEN YUKON
LOGISTICS CO., LTD. and AIR TIGER
EXPRESS (ASIA), INC.,

                            Defendant.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/8/2021__

ANALISA TORRES, District Judge:

      To protect the public health, while promoting the "just, speedy, and inexpensive determination of every action and proceeding," Fed. R. Civ. P. 1, it is ORDERED pursuant to Rules 30(b)(3) and 30(b)(4) of the Federal Rules of Civil Procedure that all depositions in this action may be taken via telephone, videoconference, or other remote means.  It is further ORDERED pursuant to Rule 30(b)(5) that a deposition will be deemed to have taken place "before an officer appointed or designated under Rule 28" if such officer attends the deposition using the same remote means used to connect all other participants, so long as all participants (including the officer) can clearly hear and be heard by all other participants.  The parties are encouraged to engage in discovery through remote means at every available opportunity.

      SO ORDERED.

Dated: December 8, 2021
       New York, New York

*ANALISA TORRES*
United States District Judge